UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **UNITED STATES OF AMERICA,**<br><br>            Plaintiff,<br><br>            v.<br><br>**Vicente MENDOZA-Rojas,**<br><br>            Defendant | Magistrate Docket No.<br><br>**'08 MJ 1547**<br><br>COMPLAINT FOR VIOLATION OF:<br><br>Title 8, U.S.C., Section 1326<br>Deported Alien Found in the<br>United States |

The undersigned complainant, being duly sworn, states:

On or about **May 16, 2008** within the Southern District of California, defendant, **Vicente MENDOZA-Rojas,** an alien, who previously had been excluded, deported and removed from the United States to **Mexico**, was found in the United States, without the Attorney General or his designated successor, the Secretary of the Department of Homeland Security (Title 6, United States Code, Sections 202(3) and (4), and 557), having expressly consented to the defendant's reapplication for admission into the United States; in violation of Title 8 United States Code, Section 1326.

And the complainant further states that this complaint is based on the attached statement of facts, which is incorporated herein by reference.

SIGNATURE OF COMPLAINANT
James Trombley
Senior Patrol Agent

SWORN TO BEFORE ME AND SUBSCRIBED IN MY PRESENCE, THIS **19th** DAY OF **MAY 2008.**

Anthony J. Battaglia
UNITED STATES MAGISTRATE JUDGE

**CONTINUATION OF COMPLAINT:**
Vicente MENDOZA-Rojas

## PROBABLE CAUSE STATEMENT

I declare under the penalty of perjury that the following statement is true and correct:

On May 16, 2008 at approximately 1:00 A.M., Border Patrol Agent J. Walthall was performing assigned Border Patrol operations in the Campo Border Patrol Station's area of operations. Agent Walthall was advised of sensor activation in the nearby area. This area is approximately twenty miles east of the Tecate, California Port of Entry and one mile north of the United States/Mexico International Boundary fence. This area is commonly used by illegal aliens to further their illegal entry into the United States. Agent Walthall responded to the area. After following footprints that lead north, away from the border, Agent Walthall observed eleven individuals attempting to conceal themselves in the surrounding brush. Agent Walthall identified himself as a United States Border Patrol Agent. Two of the individuals immediately ran back south to avoid detention. Agent Walthall conducted an immigration inspection of each of the remaining individuals. Each individual, including one later identified as the defendant **Vicente MENDOZA-Rojas**, admitted to being a citizen and national of Mexico illegally present in the United States without any immigration documents that would allow them to enter or remain legally in the United States. The defendant and the other eight individuals were arrested and transported to the Campo Border Patrol Station for processing.

Routine record checks of the defendant revealed a criminal and immigration history. The defendant's record was determined by a comparison of his criminal record and the defendant's current fingerprint card. Official immigration records of the Department of Homeland Security revealed the defendant was previously deported to **Mexico on March 17, 2008** through **San Ysidro, California**. These same records show that the defendant has not applied for permission from the Attorney General of the United States or his designated successor, the Secretary of the Department of Homeland Security, to return to the United States after being removed.

The defendant again freely stated that he is a citizen and national of Mexico illegally present in the United States without any immigration documents that would allow him to enter or remain legally in The United States. The defendant stated that he has previously been deported and did not seek permission to re-enter the United States legally. The defendant freely admitted that he was helping guide a group of eight undocumented aliens into the United States. The defendant stated that on previous occasions while working for another alien smuggling organization, he was paid $200.00 per person successfully smuggled. The defendant says that on this event he was smuggling to get a reduced fee for his passage to Santa Ana, California.

**Executed on May 17, 2008 at 10:00 a.m.**

Irene S. Aguirre
Senior Patrol Agent

On the basis of the facts presented in the probable cause statement consisting of 1 page(s), I find probable cause to believe that the defendant named in this probable cause statement committed the offense on May 16, 2008, in violation of Title 8, United States Code, Section 1326.

Anthony J. Battaglia
United States Magistrate Judge

5/17/08   12:05 pm
Date/Time