1 **BRIDGET KENNEDY**
California State Bar No. 253416
2 FEDERAL DEFENDERS OF SAN DIEGO, INC.
225 Broadway, Suite 900
3 San Diego, California 92101-5030
Telephone (619) 234-8467
4 Facsimile (619) 687-2666
bridget_kennedy@fd.org
5
6 Attorneys for Mr. Mendoza-Rojas

7
8                    UNITED STATES DISTRICT COURT
9                 FOR THE SOUTHERN DISTRICT OF CALIFORNIA
10
11 UNITED STATES OF AMERICA,           )   Case No. 08mj1547
                                        )
12           Plaintiff,                 )
                                        )
13 v.                                   )
                                        )   **NOTICE OF APPEARANCE**
14 **VICENTE MENDOZA-ROJAS,**           )
                                        )
15           Defendant.                 )
                                        )
16
17          Pursuant to implementation of the CM/EMF procedures in the Southern District of California,
18 Bridget L. Kennedy, Federal Defenders of San Diego Inc., files this Notice of Appearance as lead attorney in
19 the above-captioned case.
20                                          Respectfully submitted,
21 Dated: May 21, 2008                       *s/ Bridget Kennedy*
                                             Federal Defenders of San Diego, Inc.
22                                           *bridget_kennedy@fd.org*
23
24
25
26
27
28

1 **BRIDGET KENNEDY**
California State Bar No. 253416
2 FEDERAL DEFENDERS OF SAN DIEGO, INC.
225 Broadway, Suite 900
3 San Diego, California 92101-5030
Telephone (619) 234-8467
4 Facsimile (619) 687-2666
bridget_kennedy@fd.org
5
6 Attorneys for Mr. Mendoza-Rojas

7
8                    UNITED STATES DISTRICT COURT
9                    SOUTHERN DISTRICT OF CALIFORNIA
10

11 UNITED STATES OF AMERICA,              )   Case No. 08mj1547
                                          )
12               Plaintiff,               )
                                          )
13 v.                                     )   PROOF OF SERVICE
                                          )
14 **VICENTE MENDOZA-ROJAS,**             )
                                          )
15               Defendant.               )
                                          )
16

17          Counsel for Defendant certifies that the foregoing pleading is true and accurate to the best of

18 her information and belief, and that a copy of the foregoing document has been served via CM/ECF this day

19 upon:

20          **United States Attorney**
            efile.dkt.gc1@usdoj.gov
21

22 Dated: May 21, 2008                              *s/ Bridget L. Kennedy*
                                             **BRIDGET L. KENNEDY**
23                                           Federal Defenders of San Diego, Inc.,
                                             225 Broadway, Suite 900
24                                           San Diego, CA 92101-5030
                                             (619) 234-8467  (tel)
25                                           (619) 687-2666  (fax)
                                             e-mail:bridget_kennedy@fd.org
26

27

28