FILED
JUN 12 2008

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | Criminal Case No. 08CR1954 DMS |
| Plaintiff, | **INFORMATION** |
| v. | Title 8, U.S.C., Sec. 1326(a) - Deported Alien Found in the United States (Felony) |
| VICENTE MENDOZA-ROJAS, | |
| Defendant. | |

The United States Attorney charges:

On or about May 16, 2008, within the Southern District of California, defendant VICENTE MENDOZA-ROJAS, an alien, who previously had been excluded, deported and removed from the United States to Mexico, was found in the United States, without the Attorney General of the United States or his designated successor, the Secretary of the Department of Homeland Security (Title 6, United States Code, Sections 202(3) and (4), and 557), having expressly consented to the defendant's reapplication for admission to the United States; in violation of Title 8, United States Code, Section 1326(a).

DATED: June 12, 2008.

KAREN P. HEWITT
United States Attorney

MICHELLE PETTIT
Assistant U.S. Attorney

MIP:mg:San Diego
5/22/08