

AO 455(Rev. 5/85) Waiver of Indictment

# UNITED STATES DISTRICT COURT

# SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA | **WAIVER OF INDICTMENT** |
| v. | |
| VICENTE MENDOZA-ROJAS | CASE NUMBER: 08CR1954-DMS |

I, <u>VICENTE MENDOZA-ROJAS</u>, the above named defendant, who is accused of the committing the following offense:

Title 8, U.S.C., Sec. 1326(a) - Deported Alien Found in the United States (Felony)

being advised of the nature of the charge(s), the proposed information, and of my rights, hereby waive in open court on ____6-12-08____ prosecution by indictment and consent that the proceeding may be by information rather than by indictment.

```
                                    _____
                                    Defendant

                                    Bridget Kennedy
                                    _____
                                    Counsel for Defendant

Before _____
       JUDICIAL OFFICER
```



FILED

JUN 12 2008