**BRIDGET KENNEDY**
California State Bar No. 253416
**FEDERAL DEFENDERS OF SAN DIEGO, INC.**
225 Broadway, Suite 900
San Diego, California 92101-5008
Telephone: (619) 234-8467 Ext. 3740
Bridget_Kennedy@fd.org

Attorneys for VICENTE MENDOZA-ROJAS

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

**(HONORABLE DANA M. SABRAW)**

| | |
|---|---|
| UNITED STATES OF AMERICA, ) <br> ) <br> Plaintiff, ) <br> ) <br> v. ) <br> ) <br> **VICENTE MENDOZA-ROJAS**, ) <br> ) <br> Defendant. ) <br> ) | Case No. 08CR1954-DMS <br><br> **JOINT MOTION TO CONTINUE SENTENCING HEARING** |

Good cause appearing, **IT IS HEREBY AGREED BETWEEN THE PARTIES**, Bridget Kennedy, and Federal Defenders of San Diego, counsel for Mr. Mendoza-Rojas, along with Assistant United States Attorney Michelle Pettit, that the disposition hearing set for June 27, 2008, at 9:00 a.m., be rescheduled to July 10, 2008, at 9:30 a.m. It is further agreed that the time until July 10, 2008 is excludable under the Speedy Trial Act. Mr. Mendoza-Rojas is in custody.

June 25, 2008  *s/ Bridget Kennedy*
**BRIDGET KENNEDY**
Federal Defenders of San Diego, Inc.
Attorneys for Mr. Mendoza-Rojas

June 25, 2008  *s/ Michelle Pettit*
**MICHELLE PETTIT**
Assistant United States Attorney

**BRIDGET KENNEDY**
California State Bar No. 253416
**FEDERAL DEFENDERS OF SAN DIEGO, INC.**
225 Broadway, Suite 900
San Diego, California 92101-5008
Telephone: (619) 234-8467 Ext. 3740
Bridget_Kennedy@fd.org

Attorneys for VICENTE MENDOZA-ROJAS

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

**(HONORABLE DANA M. SABRAW)**

| | |
|---|---|
| UNITED STATES OF AMERICA, ) <br> ) <br> Plaintiff, ) <br> ) <br> v. ) <br> ) <br> **VICENTE MENDOZA-ROJAS**, ) <br> ) <br> Defendant. ) <br> ) | Case No. 08CR1954-DMS <br><br> **JOINT MOTION TO CONTINUE SENTENCING HEARING** |

Good cause appearing, **IT IS HEREBY AGREED BETWEEN THE PARTIES**, Bridget Kennedy, and Federal Defenders of San Diego, counsel for Mr. Mendoza-Rojas, along with Assistant United States Attorney Michelle Pettit, that the disposition hearing set for June 27, 2008, at 9:00 a.m., be rescheduled to July 10, 2008, at 9:30 a.m. It is further agreed that the time until July 10, 2008 is excludable under the Speedy Trial Act. Mr. Mendoza-Rojas is in custody.

June 25, 2008        *s/ Bridget Kennedy*
                     **BRIDGET KENNEDY**
                     Federal Defenders of San Diego, Inc.
                     Attorneys for Mr. Mendoza-Rojas


June 25, 2008        *s/ Michelle Pettit*
                     **MICHELLE PETTIT**
                     Assistant United States Attorney