UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

**(HONORABLE DANA M. SABRAW)**

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | Case No. 08CR1954-DMS |
| Plaintiff, | ) | |
| v. | ) | **ORDER** |
| VICENTE MENDOZA-ROJAS, | ) | |
| Defendant. | ) | |

**IT IS HEREBY ORDERED** that the joint motion (docket no. 10) requesting the continuance of the sentencing hearing currently set for June 27, 2008 and continued to July 10, 2008 at 9:00 a.m., be **GRANTED.**

**SO ORDERED.**

DATED: June 25, 2008

HON. DANA M. SABRAW
United States District Judge